William Loehde, appellee, v. Anna Strauss, appellant. Gen. No. 28,188.

Suit to recover real estate commissions. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. I. L. Weaver, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1922. Reversed and remanded. Opinion filed May 31, 1923. Rehearing denied June 11, 1923.

Fred L. Steers, for appellant. Winters, Price & Stevens, for appellee; George M. Stevens and Julian Clay Risk, of counsel.
Mr. Presiding Justice Barnes delivered the opinion of the court.